UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLEEN ROTHS,

        Plaintiff,

vs.

DAIMLER CHRYSLER
CORPORATION, ET AL.,

        Defendants.
_____/

Case No. 07-CV-11942

HON. GEORGE CARAM STEEH

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR CASE PREPARATION (DOC. # 14) AND DENYING AS MOOT PLAINTIFF'S MOTION TO CONTINUE SCHEDULING ORDER (DOC. # 13)

Pro se plaintiff Colleen Roths has requested an extension of time for case preparation. This request is hereby GRANTED, pending the court's determination on defendants' motion for summary judgment, to which plaintiff responded on August 17.[1] Defendants filed a response brief on August 22, 2007, opposing plaintiff's request for extension of time. As defendants' response brief acknowledges, all dates previously established in this court's scheduling order are stayed pending decision on these dispositive motions. Plaintiff's motion to continue scheduling order filed July 19, 2007 is therefore DENIED as moot.

        IT IS SO ORDERED.

Dated: August 23, 2007

                                S/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's filing was entitled "Plaintiffs' Motion for Summary Judgment." This will be considered by the court as plaintiff's response to defendants' motion for summary judgment, as well as plaintiff's own motion for judgment. The parties may file replies and responses according to applicable rules, if desired.

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys/parties of record on
August 23, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk